UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALBERT BRINSKELE,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | Case No. 25-cv-05934-EMC<br><br>**ORDER GRANTING TRO AS TO DEFENDANT JPMORGAN CHASE BANK, N.A.**<br><br>Docket No. 9 |

As Defendant JPMorgan Chase Bank, N.A. ("Defendant") failed to timely file its opposition to Plaintiff's motion for a temporary restraining order ("TRO") as ordered by this Court (*see* Dkt. 10), Defendant is hereby enjoined from conducting or proceeding with the foreclosure sale of the real property located at 12200 Pt. Reyes Petaluma Rd., Nicasio, California 94946, until further order.

Plaintiff's motion for a TRO shall be treated as a motion for a preliminary injunction. Defendant shall file an opposition to this motion by August 18, 2025. Plaintiff shall file a reply by August 22, 2025. Plaintiff's motion for a preliminary injunction shall be heard on September 4, 2025 at 1:30pm.

Plaintiff is ordered to immediately serve this order on Defendant.

**IT IS SO ORDERED**.

Dated: August 8, 2025

_____
EDWARD M. CHEN
United States District Judge