UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALBERT BRINSKELE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.  25-cv-05934-EMC<br><br>**SUPPLEMENTAL ORDER EXTENDING TRO AS TO DEFENDANTS JPMORGAN CHASE BANK, N.A. AND CLEAR RECON CORP.**<br><br>Docket No. 9 |

On August 8, 2025, and August 12, 2025, this Court issued temporary restraining orders (each, a "TRO") enjoining Defendants JPMorgan Chase Bank, N.A. and Clear Recon Corp., respectively, from conducting or proceeding with the foreclosure sale of the real property located at 12200 Pt. Reyes Petaluma Rd., Nicasio, California 94946.

Under Federal Rule of Civil Procedure 65(b)(2), a TRO ordinarily expires after fourteen (14) days unless extended by the Court for good cause.  Good cause exists here to extend the TROs because the Court has set a briefing schedule and hearing on Plaintiff's motions for preliminary injunction, and an extension is necessary both to allow the parties to fully present their evidence and arguments, and to permit the Court to carefully consider those submissions.

Accordingly, the TROs issued on August 8, 2025 (Dkt. 19) and August 12, 2025 (Dkt. 22) are hereby **EXTENDED** through September 5, 2025, unless otherwise ordered by the Court.

**IT IS SO ORDERED**.

Dated: August 21, 2025

_____
EDWARD M. CHEN
United States District Judge